No. 82–744. COWGER *v.* MONGIN ET AL. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5764. MEDLIN *v.* CITY AND BOROUGH OF SITKA. Appeal from Super. Ct. Alaska, 1st Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–611. DONOVAN, SECRETARY OF LABOR *v.* BLITZ. Appeal from D. C. D. C. Judgment vacated and case remanded with instructions to dismiss the complaint as moot.

No. 82–353. CITY OF LONG BEACH *v.* BOZEK. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded to the Supreme Court of California to consider whether its judgment is based upon federal or state constitutional grounds, or both. *California* v. *Krivda,* 409 U. S. 33 (1972).

No. 82–458. TULARE LAKE CANAL CO. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment of the Court of Appeals is vacated, and case is remanded to the United States District Court for the Eastern District of California with directions to dismiss the action as moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).